Date/Time Printed: 10/21/2019 10:44:26  
Printed By / Reason: 4398 / brannan 4398

19-46342

# SAINT LOUIS COUNTY POLICE DEPARTMENT
## INVESTIGATIVE REPORT
### 19 - 46342 - ORIGINAL

### INVESTIGATIVE INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Offense | UNLAWFUL USE OF A FIREARM | | |
| Juris Reporting | SAINT LOUIS COUNTY | Call Received | ON VIEW |
| For Jurisdiction | SAINT LOUIS COUNTY | Reporting Officer | 4756 - PATTERSON |
| Case Status | CLEARED BY ARREST | Reporting Dept. | NORTH COUNTY PRECINCT |
| Canvassed | ☑ | Evidence Seized | ☑ |

#### CAD Details

| Field | Value | Field | Value |
|---|---|---|---|
| Date/Time Received | 09/30/2019 08:36 MONDAY | Nature | DRUG VIOLATION |
| Date/Time Dispatch | 09/30/2019 08:36 MONDAY | Date/Time Arrival | 09/30/2019 08:36 MONDAY |
| Unit Num. | 1111 | COGIS | 1070 |
| PCT/Dist | NORTH COUNTY PRECINCT | Sector | 3 |

#### Respond Location

| Field | Value |
|---|---|
| Street Address | 11149 RIAZA SQ, SAINT LOUIS COUNTY |
| Apt/Suite/Rm # | |
| Location Desc | |

#### Caller Information

| Field | Value |
|---|---|
| Caller Name | |
| Street Address | |
| Apt/Suite/Rm # | |
| Location Desc | |
| Phone # | |

#### Occurrence Details

| Field | Value | Field | Value |
|---|---|---|---|
| Date/Time From | 09/30/2019 08:36 MONDAY | Date/Time To | |
| Premise | APARTMENT PARKING LOT | | |
| Street Address | 11149 RIAZA SQ, SAINT LOUIS COUNTY | | |
| Apt/Suite/Rm # | | Location Desc | |

#### Burglary Details

| Field | Value | Field | Value |
|---|---|---|---|
| Entry Point | | Exit Point | |
| Entry Method | | Tools Used | FIREARM |
| Visible Point of Entry? | ☐ | | |
| Weapon/Object Used | FIREARM | | |

#### Other Agency

| Field | Value |
|---|---|
| Agency/Personnel | |

#### Investigator(s)

| Field | Value | Field | Value |
|---|---|---|---|
| DSN | 4768 | Jurisdiction | SAINT LOUIS COUNTY |
| Name | BELL | Unit Assignment | NORTH COUNTY PRECINCT |
| DSN | 4747 | Jurisdiction | SAINT LOUIS COUNTY |
| Name | JOHNSON | Unit Assignment | NORTH COUNTY PRECINCT |

#### Management

| Field | Value | Field | Value |
|---|---|---|---|
| Date/Time Entered | 09/30/2019 11:07 MONDAY | Entered By | 4597 - BUTLER |

#### Approval Record(s)

| Field | Value | Field | Value |
|---|---|---|---|
| FINAL APPROVAL | 10/16/2019 13:13 WEDNESDAY | Approved By | 3818 - WILLIAMS |
| SUPERVISOR REVIEW | 10/02/2019 07:05 WEDNESDAY | Approved By | 3293 - O'HARA |



DEFENDANT'S EXHIBIT 1

Date/Time Printed: 10/21/2019 10:44:26  
Printed By / Reason: 4398 / brannan 4398

19-46342

## VICTIM BUSINESS INFORMATION

| | |
|---|---|
| Will Prosecute | ☑ |
| Business Name | STATE OF MISSOURI |
| Business Type | GOVERNMENT |
| Additional Info | |

## ADDITIONAL PARTY INFORMATION

| | |
|---|---|
| Person Involvement(s) | REPORTING PARTY, PERSON DISCOVERING, POLICE OFFICER |

### Person Information

| | | | |
|---|---|---|---|
| Last Name | PATTERSON | First Name | DSN 4756 |
| Middle Name | | Suffix Name | |
| Race | | Ethnicity | |
| Sex | | | |
| DOB | | Age | |
| SSN | | Resident Status | |
| Driver License State | | Driver License Number | |

### Employment

| | | | |
|---|---|---|---|
| Employer | | Occupation | |
| Email Address | | | |
| Additional Information | | | |

## SUSPECT INFORMATION

| | |
|---|---|
| Role | ARRESTED-BOOKED AT POLICE STATION |
| Caution Code(s) | |

| | | | |
|---|---|---|---|
| Last Name | HILL | First Name | ERVIN |
| Middle Name | RAY | Suffix Name | |
| Alias | | | |
| Race | BLACK | Ethnicity | NOT OF HISPANIC ORIGIN |
| Gender | MALE | | |
| DOB | 11/25/1976 | Age | 42 |
| Birth Place | MISSOURI, MISSOURI | | |
| SSN | 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 | Resident Status | RESIDENT |
| Driver License State | MISSOURI | Driver License Number | H200064017 |
| Person Code | ADULT | Marital Status | SINGLE |

### Physical Characteristics

| | | | |
|---|---|---|---|
| Height (Feet) | 5 | Height (Inches) | 10 |
| Weight (LBS) | 185.0 | | |
| Hair Color | BLACK | How Worn | SHORT |
| Eye Color | BROWN | | |
| Physical Desc. | | | |
| Clothing Desc. | | | |
| Scars/Marks/Tattoos | TATTOOS ON BOTH FOREARMS | | |

### HOME Address

| | | | |
|---|---|---|---|
| Street Address | 7448 BLANDING DR, SAINT LOUIS, MISSOURI, 63135 | | |
| Apt/Suite/Rm # | | Location Desc | |

### MOBILE Phone

| | | | |
|---|---|---|---|
| Area Code | 314 | Contact Name | |
| Phone # | 498-1294 | Ext. | |

### Employment

| | | | |
|---|---|---|---|
| Employed | ☐ | | |
| Employer | | Occupation | |
| Email | | | |

### Numeric Identifiers

SID - 01053221, FBI - 792958XA6, CID - 362100, OCN - JC009010

### Charges

DELIVERY OF A CONTROLLED SUBSTANCE, UNLAWFUL POSSESSION OF A FIREARM

### Administration

Date/Time Printed: 10/21/2019 10:44:26  
Printed By / Reason: 4398 / brannan 4398

19-46342

| | | | |
|---|---|---|---|
| Miranda Given | ☐ | DSN Giving Miranda | |
| Warrant To Be Applied For By Reporting Officer | ☑ | Send Teletype | ☐ |
| Released | ☐ | | |

**Medical Assistance**
Medical Assistance ☐

**Related Victim Business**
1. STATE OF MISSOURI IS THE Stranger OF HILL, ERVIN, RAY

**Physical State/Emotions**
Physical State
Emotions
Emotions Comments
Additional Information

### VEHICLE INFORMATION

Owner Name: ERVIN HILL
Vehicle Role(s): SUSPECT'S VEHICLE

**Vehicle Description**

| | | | |
|---|---|---|---|
| Model Year | 2014 | Make | NISSAN |
| Model | ALTIMA | | |
| Type | PASSENGER | | |
| Style | 4 DOOR SEDAN | | |
| VIN | 1N4AL3AP1EN336684 | | |
| Plate | VA3J2U | License Month/Year | / 2020 |
| Primary Color | RED | Secondary/Interior Color | |
| Doors Locked | | Ignition Locked | |
| Keys Left in Vehicle | | Vehicle Insured | |
| Unique Char | | | |
| Issuing License State | MISSOURI | # Plates Missing | |
| Plate Type | PASSENGER AUTOMOBILE PLATES, REGULAR | | |

**Vehicle Theft**
Vehicle Value
Additional Information

### PROPERTY #1 INFORMATION

Owner Name: ERVIN HILL
Property Role(s): SEIZED
Property Classification: WEAPONS-OTHER/NON-FIREARM
Article: MAGAZINE
Description: EXTENDED 30 ROUND
Manufacturer:                                    Model
Serial Number
Owner Applied #
Quantity
Property Value
Recovered Value                                  Recovered Date
Additional Info

### PROPERTY #2 INFORMATION

Owner Name: ERVIN HILL
Property Role(s): SEIZED
Property Classification: WEAPONS-OTHER/NON-FIREARM
Article: MAGAZINE
Description: 25 ROUNDS
Manufacturer:                                    Model
Serial Number
Owner Applied #
Quantity

Date/Time Printed: 10/21/2019 10:44:26  
Printed By / Reason: 4398 / brannan 4398

19-46342

Property Value  
Recovered Value                                         Recovered Date  
Additional Info

### PROPERTY #3 INFORMATION

| | |
|---|---|
| Owner Name | ERVIN HILL |
| Property Role(s) | SEIZED |
| Property Classification | DRUG/NARCOTICS |
| Article | MARIJUANA |
| Description | GREEN LEAFY SUBSTANCE IN A DARK CONTAINER |
| Manufacturer | Model |
| Serial Number | |
| Owner Applied # | |
| Quantity | 1 |
| Property Value | |
| Recovered Value | Recovered Date |
| Additional Info | |

### PROPERTY #4 INFORMATION

| | |
|---|---|
| Owner Name | ERVIN HILL |
| Property Role(s) | SEIZED |
| Property Classification | DRUG/NARCOTICS |
| Article | CRACK COCAINE |
| Description | CLEAR CONTIANER CONTAINING WHITE ROCK LIKE SUBSTANCE |
| Manufacturer | Model |
| Serial Number | |
| Owner Applied # | |
| Quantity | 1 |
| Property Value | |
| Recovered Value | Recovered Date |
| Additional Info | |

### PROPERTY #5 INFORMATION

| | |
|---|---|
| Owner Name | ERVIN HILL |
| Property Role(s) | SEIZED, EVIDENCE |
| Property Classification | WEAPONS-OTHER/NON-FIREARM |
| Article | CASING |
| Description | SPENT 9MM |
| Manufacturer | Model |
| Serial Number | |
| Owner Applied # | |
| Quantity | |
| Property Value | |
| Recovered Value | Recovered Date |
| Additional Info | |

### FIREARM INFORMATION

| | |
|---|---|
| Owner Name | |
| Firearm Roles | SEIZED |

**Detail Info**

| | | | |
|---|---|---|---|
| Manufacturer | CENTURY ARMS | Model | TP9 |
| Caliber | 9 | Serial Num. | T6472-14 |
| Classification | PISTOL,SEMIAU | Firearm Action | SEMI-AUTOMATIC |
| Total Length | 7.55 | Barrel Length | 4.46 |
| Finish | BLUE STEEL | Stock Material | |
| Description | BLACK AND TAN IN COLOR | | |
| Firearm Value | | | |
| Recovered Value | | | |
| Recovered Date | | | |

**Computer Entry Info.**

004

| | |
|---|---|
| Date/Time Printed: 10/21/2019 10:44:26 | 19-46342 |
| Printed By / Reason: 4398 / brannan 4398 | |

| Action | ENTRY | Category | RECOVERED GUN |
|---|---|---|---|
| Reference Number | G01022776 | Sender | 4597 |
| Additional Information | TT517 | | |

**Additional Info**

## PROCEDURE INFORMATION

| | ☑ Neighborhood Canvassed | ☑ Send A Teletype | ☑ Was Any Evidence Seized |
|---|---|---|---|
| Teletype Message | ENTER SEIZED FIREARM | | |
| Teletype/Reference # | TT517/G01022776 | Entered By | 4597 |

## NARRATIVE

I, Officer K. Patterson, DSN 4756, with the St. Louis County Police Department currently assigned to the Division of Patrol- North County Precinct, wishes to report the following:

On September 30, 2019, at approximately 0836 hours, I responded to a report of a shot fired call at the apartment building known and numbered as 11149 Riaza Square. The call was generated by a Shotspotter activation. The following officers were also attached to the call arriving in full duty uniform:

P.O Bell, DSN 4768
P.O Johnson, DSN 477

Saint Louis County call notes indicated the following:

- SHOT SPOTTER ACTIVATION
- ONE SHOT HEARD

Upon arrival in the area, I observed a red vehicle currently idling, parked in front of the aforementioned address. The vehicle was described as a:

2014 Nissan Sentra
MO plate: VA3-J2U
Color: red

The vehicle was occupied by one (1) black male driver and was the only vehicle in the immediate area. I activated my emergency lights and pulled behind the aforementioned vehicle.

I exited my patrol car in full Saint Louis County Police attire, and made my way towards the red Sentra. As I approached, I observed the sole occupant exit from the driver's door, and quickly walk towards the apartment building located to the east.

I advised the male driver that I was conducting an investigative stop and asked him to return to his vehicle. The male was later identified by his Missouri operator's license as Ervin, Hill (B/M, DOB: 11/25/1976)

005

Date/Time Printed: 10/21/2019 10:44:26
Printed By / Reason: 4398 / brannan 4398

19-46342

I advised Hill that I had reports of shots fired in the area and asked if he (Hill) had heard anything. Hill stated, "No, I've just been parked here waiting for my girl."

Hill was extremely nervous and unable to make direct eye contact. When Hill was asked if he (Hill) was currently carrying a firearm, or if there was a firearm in the vehicle, Hill refused to reply. A terry frisk was conducted on Hill with negative results.

PO Johnson and PO Bell arrived on scene during this time.

While PO Johnson and PO Bell spoke with Hill, I conducted a visual inspection of the inside of Hill's vehicle through the open driver's window. While doing so, I observed, in plain view, a brass shell casing lying on the front driver's side floor board. It should be noted that I also smelled what I believed to be burnt marijuana emitting from inside the suspect's vehicle.

A record check was conducted, at which time I discovered that Hill was the registered owner of the suspect's vehicle.

I advised Hill that I would be conducting a search of the inside of his vehicle based on the spent shell casing and possible narcotics use.

A search of Hill's vehicle concluded the following:

1. Century Arms 9mm, loaded with one (1) "live" 9mm round of ammunition located in the barrel making the firearm in question capable of lethal use. An attached extended magazine attached loaded with twenty-four (24) "live" 9mm rounds of ammunition. (Record check concluded no theft on firearm)

- The firearm in question was located between the front driver's seat and center console.

2. Black round container

- Containing a clear plastic baggy with approximately twelve (12) grams of purported marijuana.

-Additional purported marijuana weighing approximate twelve (12) grams unpackaged.

-Located in cup holder next to front driver's seat.

3. Clear round container

Date/Time Printed: 10/21/2019 10:44:26
Printed By / Reason: 4398 / brannan 4398

19-46342

-containing purported "crack" cocaine

-Additional unidentifiable purple pill located at bottom of container.

-Located in the center console, next to the front driver's seat.

I returned to Hill and advised him he (Hill) was being placed under arrest for the formal charges of Felon in Unlawful Use of a Weapon and Possession of a Controlled Substance. Hill was handcuffed behind his back (checked for proper fit) and secured in the front seat of my fully marked St. Louis County Patrol vehicle (A173).

Hill was advised of his rights per Miranda, at which time Hill stated he (Hill) understood and did not wish to make a statement.

All aforementioned items were seized and later entered into evidence under evidence log #39618.

The firearm was entered as seized under teletype #517.

Hill was transported to the First Precinct (11815 Benham Road) and charged with the following:

1. Deliver/Possession of a Controlled Substance
2. Unlawful use of a Weapon

Hill was later transported to Saint Louis County Intake a released pending application of warrant.

Any further information will be added in a supplemental report.

Nothing further.