Saint Louis County CAD Call Search Application    Page 1 of 1



# MOBILENET

## View CAD Call For Service Details

**CAD Call Search**

| | | | | |
|---|---|---|---|---|
| Comp. # | 19-46342 | | Priority | 2 |
| Received | 09/30/2019 08:36:18 | | CFS Number | 093019-565 |
| Nature | DRUG | | Call Taker/Line# | RADIO1 |
| Caller's Name | | | District | FIRST PRECINCT |
| Zone | 1070 | | Address | 11149 RIAZA SQ |
| City | UNI | | Apt # | |
| Residence Phone # | | | Final Disposition | RPT |
| How Received | O | | Business Name | |
| Car Number | 1111 | | Current Phone # | |
| Address-X | -90.21544 | | Address-Y | 38.77387 |

**Police Unit Activity**

| | | |
|---|---|---|
| 1110 | DISPATCHED | 09/30/2019 08:36:33 |
| 1110 | ARR_1023 | 09/30/2019 08:39:44 |
| 1110 | AVAIL | 09/30/2019 08:59:10 |
| 1111 | ARR_1023ST | 09/30/2019 08:36:18 |
| 1111 | ARR_1023 | 09/30/2019 09:11:52 |
| 1111 | AVAIL | 09/30/2019 09:57:03 |
| 1112 | DISPATCHED | 09/30/2019 08:36:34 |
| 1112 | ARR_1023 | 09/30/2019 08:36:46 |
| 1112 | AVAIL | 09/30/2019 09:03:16 |

**Responding Officers**

| | |
|---|---|
| 1111 | PATTERSON KEVIN |
| 1112 | JOHNSON DIRKIS |
| 1110 | BELL WESLEY |

**Remarks**

| | | |
|---|---|---|
| 09:00 | RADIO1 | NATURE CODE CHANGED FROM SHOTFD TO DRUG AT 09:00 |
| 09:01 | RADIO1 | 1111 10-81 J1 INTAKE |
| 09:01 | RADIO1 | 1111 10-81 STATION NOW |

**Vehicles**

**Persons**

Sidebar: Accidents by City or COGIS Report; Auto Accident Location Frequency Report; CAD Alert Report; City Incident Count by Zone Report; Directed Self Initiated and Assists by Zone Report; Dispatch Station Summary Report; Patrol Activity Report; Response Time Report



DEFENDANT'S EXHIBIT 2

https://services.stlcopdapps.com/CAD/cadCallsSearch/view.faces

008
10/1/2019

# ShotSpotter

INCIDENT #: 323-27757

## INVESTIGATIVE LEAD SUMMARY

| | |
|---|---|
| INCIDENT DATE: | SEP 30, 2019 |
| CITY / ZONE: | ST. LOUIS / STLOUISCOUNTYMOSPANISHLAKE |
| REPORT DATE: | OCT 01, 2019 10:57:30 |
| REQUESTED BY: | RBRANNAN@STLOUISCO.COM |



| | | | |
|---|---|---|---|
| INCIDENT | 323-27757 | LOCATION | 38.774212, -90.214970 |
| DATE/TIME | SEP 30, 2019 08:22:38 | ADDRESS | 11149 RIAZA SQUARE |
| ROUNDS | 1 | AREA | ST LOUIS COUNTY/118 |
| CAD | 093019-537 | TAGS | |

### INCIDENT AUDIO

| SENSOR | RANGE FROM INCIDENT | AUDIO | |
|---|---|---|---|
| # 1011 | 558 ft / 170 m | CLICK TO PLAY ▶ | |
| # 1014 | 654 ft / 200 m | CLICK TO PLAY ▶ | |
| # 1069 | 1253 ft / 382 m | CLICK TO PLAY ▶ | |



# ShotSpotter

**INVESTIGATIVE LEAD SUMMARY**

INCIDENT #: 323-27757

INCIDENT DATE: SEP 30, 2019
CITY / ZONE: ST. LOUIS / STLOUISCOUNTYMOSPANISHLAKE
REPORT DATE: OCT 01, 2019 10:57:30
REQUESTED BY: RBRANNAN@STLOUISCO.COM



## INDIVIDUAL SHOTS

The following shot count, times, and locations were automatically calculated by the ShotSpotter system at the time of detection. They are approximate and should be deemed as such. The number of individual shots below may not match the round count reported on page one if an Incident Reviewer adjusted the round count during incident review prior to publication. Some shots may overlap or hide other shots on the map.

| SHOT | DATE | TIME | INTERVAL (sec) | LOCATION |
|---|---|---|---|---|
| #1 | 2019-09-30 | 08:22:38.468 | 0.000 | 38.774212, -90.214970 |

## INCIDENT TIMELINE

| TIME | USERNAME | DETAILS |
|---|---|---|
| 09-30-2019 08:25:17 | PD2876@STLOUISCO.COM | MODIFIED CAD TO 093019-537 |
| 09-30-2019 08:23:46 | PD2876@STLOUISCO.COM | ACKNOWLEDGED |
| 09-30-2019 08:23:17 | REVIEWER@SHOTSPOTTER.COM | PUBLISHED |



# ShotSpotter®

**INVESTIGATIVE LEAD SUMMARY**

INCIDENT #: 323-27757

**INCIDENT DATE:** SEP 30, 2019
**CITY / ZONE:** ST. LOUIS / STLOUISCOUNTYMOSPANISHLAKE
**REPORT DATE:** OCT 01, 2019 10:57:30
**REQUESTED BY:** RBRANNAN@STLOUISCO.COM

## DISCLAIMER

The Investigative Lead Summary is produced using data automatically generated by the ShotSpotter system and has not been independently reviewed by our Forensic Engineers. Although it provides precise trigger-pull location and timing as determined automatically by the ShotSpotter system, this summary should only be used for initial investigative purposes because the shot timing, location, and count could differ once reviewed by a ShotSpotter Forensic Engineer. Factors, such as obstructed or attenuated muzzle blast, weapon discharge in an enclosed space, or if the weapon discharged is of .25 or smaller caliber, may prevent the sensor(s) from detecting all or some of the shots fired. This summary has been generated solely for the purpose for which it is provided. Nothing herein shall to any extent substitute for the independent investigation of the shooting incident. The data and conclusions herein should be corroborated with other evidentiary sources such as recovered shell casings and witness statements.

## ABOUT SHOTSPOTTER

ShotSpotter uses strategically placed acoustic sensors to detect and locate gunshots within a coverage area. The locations of the gunshots are calculated using audio pulse data and multilateration. Machine learning algorithms analyze and classify the sounds before they are reviewed by acoustic experts at the Incident Review Center. Within seconds, Incident Reviewers add relevant tactical intelligence and publish confirmed gunshots to ShotSpotter subscribers. Learn more about the ShotSpotter technology at ShotSpotter.com/technology.

**NOTES**



For more information, email support@shotspotter.com, call 888.274.6877 or +1.510.794.3144. © 2019 ShotSpotter, Inc. All rights reserved. ShotSpotter® and the ShotSpotter logo are registered trademarks of ShotSpotter®, Inc.



**11149 Riaza Square**
St. Louis, Missouri

DETAILS    1    a day ago    ZOOM OUT    ZOOM IN    MULTIPLE