UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:20 CR 125 SEP PLC |
| ERVIN RAY HILL, | ) |
| Defendant. | ) |

**REQUEST FOR ADDITIONAL TIME TO RESPOND TO DEFENDANT'S MOTION TO SUPPRESS STATEMENTS AND EVIDENCE**

COMES NOW the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Gregory M. Goodwin, Special Assistant United States Attorney for said District, and files its Request for Additional Time to File a Response to Defendant's Motion to Suppress Physical Evidence, states as follows:

The Government's response to Defendant's motion to suppress is currently due Monday, February 12, 2021. Although Counsel for government is diligently working on its response, the undersigned has been unable to complete its response in as thorough a manner as desired.

Accordingly, the United States respectfully requests the Court allows Counsel for the government an additional two weeks, up to and including February 26, 2021 to file this Response to Defendant's Motion to Suppress and set the evidentiary hearing to a date that is convenient for the Court, as this matter is not yet set for an evidentiary hearing.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

/s/ *Gregory M. Goodwin*
GREGORY M. GOODWIN #65929 MO
Special Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system all counsel of record.

      /s/ Gregory M. Goodwin
GREGORY M. GOODWIN, #65929MO
SPECIAL ASSISTANT UNITED STATES ATTORNEY